LODGED
AUG 12 2003
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 13 2003
at 3 o'clock and 35 min. P M
WALTER A.Y.H. CHINN, CLERK

ROGER J.ROSEN, Bar # 48573
1801 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-5803

Attorney for Defendant Borti Petrich

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BORTI PETRICH, Defendant | Case No.: CR 00-394(SOM) STIPULATION AND ORDER EXONERATING BOND AND CANCELING AND RELEASING MORTGAGE JUDGE: SUSAN OKI MOLLWAY |

See revisions made by court

STIPULATION AND ORDER EXONERATING BOAND AND CANCELING AND RELEASING MORTGAGE

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant BORTI PETRICH, through their respective counsel, that Pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure, a Judgment in a Criminal Case was filed herein on ~~October 11, 2000~~ February 6, 2003, and Defendant BORTI PETRICH having been committed to the custody of the United States Bureau of Prisons for imprisonment and having surrendered himself to the United States Marshall Service, and all conditions of the bond posted herein having been satisfied, the bond herein-above posted and the security mortgage filed in conjunction therewith dated October 11,2000 and recorded in the State of

374

California Bureau of Conveyances on October 12, 2000 as Instrument No. 00-1591887, Official Records, are hereby exonerated and canceled. The mortgagors therein are hereby released and the mortgage herein-above referred to is canceled.

Dated: 7/28/03

ROGER J. ROSEN,
Attorney for Defendant
Borti Petrich

THOMAS J. BRADY
Attorney for Plaintiff
United States

PETRICH(05)

of America

NO OBJECTION:

[signature], Assistant
U.S. Pretrial Services Officer

APPROVED AND SO ORDERED:

[signature]
SUSAN OKI MOLLWAY
JUDGE OF THE ABOVE-ENTITLED COURT

CR. No. 00-00394 (SOM); U.S.A v BORTI PETRICH(05), et al; STIPULATION AND ORDER EXONERATING BOND AND CANCELING AND RELEAING MORTGAGE